# COMPLAINT
(for filers who are prisoners without lawyers)

U.S. District Court
Wisconsin Eastern

FEB 13 2023

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

SCANNED

FEB 13 2023

(Full name of plaintiff)

AARON Templeton

AND EMAILED

v.

Case Number:
**23-C-0202**

(Full name of defendant(s))

(to be supplied by Clerk of Court)

Sheriff Scott Parks

Probation agent Justin Stanke

Judge Strausser

A.D.A Kyle Mayo, Jail director Sandra unknown medical staff and Marathon County officer Carr and officer Sandra Beddish

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
(State)

__N 6500 Haipek Rd Blackriver falls WI 54615__
(Address of prison or jail)

2. Defendant __Sheriff Scott Parks, Justin Stanke, Judge Strausser, Kyle Mayo Sandra medical staff__
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Marathon County 500 Forest St
(Employer's name and address, if known)
Wausau WI 54403

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I left prison from DACC in March of 2020. I did not have Tuberculosis or come into contact with anyone with it. I was put in the Marathon County May, 12 2020. On a p.o hold issued by agent Justin Stanke. Also a 75,000 cash bond asked for by D.A kyle Mayo and set by Judge Strausser. The sheriff Scott Parks issued at the time inmates couldn't wear masks. This was the beging of covid. Now I'm not sure if he was the source of me getting tuberculosis. I was made to

be housed with a man named Jon Lee who said he had it and was coughing up fluid and blood. However it happened in the jail. I got back to prison in April 2021. I had tuberculosis and had to start the INH Treatment in August 2021. Exceptable side effects were craping blood. Vomiting and blacking out useing the bathroom from pain from craping. It also gave me blood clots in my legs that went to my leg. This put me in a wheelchair. The blood thinners worked against the INH. With pain then I'm only allowed 50 Tylenol a month. The blood thinners caused bruiseing head to toe. I had my leg swell up so bad the toe nails blew off and I bleed. I've been unable to resolve my legal issues when I've had headaches as well so bad I couldn't walk and its hard to see.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want each person involved to pay a part of 50 Million dollars. They gave me a terminal illness as part of there process. I had to call my daughter and ask to be cremated when at one point in this it didn't look like I'd survive. I will also have medical issues and costs for the rest of my life. This took my career as an industrial painter and sandblaster making 80# an hour

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __28__ day of __October__ 20_22_.

Respectfully Submitted,

_____
Signature of Plaintiff

__380085__
Plaintiff's Prisoner ID Number

__N 6500 Haipek Rd box 233__
__Black river falls Wi 54615__
(Mailing Address of Plaintiff)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☑ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.